# PUBLIC NOTICE

State of South Carolina (SC)
Department of Health and Environmental Control (DHEC)
Bureau of Air Quality (BAQ)
2600 Bull Street
Columbia, SC 29201
(803) 898-4123

Notice of a Draft Air Prevention of Significant Deterioration (PSD) Construction Permit
**PUBLIC NOTICE #22-091-PSD**

**COMMENT PERIOD**: Public Notice will begin on **December 7, 2022** and will end at close of business, which is 5:00 p.m. on **January 5, 2023**.

**Century Aluminum of South Carolina, Inc (Century)
3575 Highway 52
Goose Creek, South Carolina 29445
(Berkeley County)
AIR PERMIT #0420-0015-CY**

Century has applied to the SC DHEC, BAQ, for a Prevention of Significant Deterioration (PSD) air construction permit to revise the existing PM (filterable) BACT emission limit at its existing facility. A Preliminary Determination, draft construction permit, and statement of basis have been written by the BAQ outlining this proposed project and applicable regulations. In addition to other state and federal air quality regulations, the draft permit is subject to review under SC DHEC Regulation 61-62.5, Standard No. 7 - Prevention of Significant Deterioration (PSD). This regulation is equivalent to Title 40 of the Code of Federal Regulations, Part 52.21 - Prevention of Significant Deterioration of Air Quality. Under these regulations, a facility must demonstrate that it will not significantly deteriorate the air quality in its region prior to constructing or modifying sources of air pollutants. The draft permit has not yet been approved and is open to comment from the public, the United States Environmental Protection Agency (EPA), the Federal Land Managers, the chief executives of Berkeley County, the City of Goose Creek, and the Berkeley-Charleston-Dorchester Council of Government.

Century is a primary aluminum reduction facility in Goose Creek, SC that produces high grade aluminum from the raw material, aluminum oxide (alumina) using the Hall-Heroult electrolytic process. The facility has submitted a permit application to revise the existing filterable particulate matter (PM) BACT emission limits for the Unit ID 04 Potline potroom groups to a new, single emission limit. Emissions generated by this facility as a result of the proposed project will include:

- Particulate Matter (PM);
- Particulate Matter less than 10 micrometers in diameter ($PM_{10}$);
- Particulate Matter less than 2.5 micrometers in diameter ($PM_{2.5}$);

Air dispersion modeling has indicated that the release of emissions from this facility will not cause or contribute to an exceedance of the National Ambient Air Quality Standards (NAAQS). No degree of increment consumption is expected.

There will be no Class I Areas impacted and no degree of increment consumption resulting from this proposed project.

This construction permit will be incorporated into the existing Title V permit with no additional public comment period, provided all public participation and EPA requirements were fulfilled with notice of the construction permit action.

Interested parties may review the materials drafted and maintained by SC DHEC for this facility and submit written

comments on the draft permit by the end of the public notice period listed above. Written comments can be submitted to the BAQ Public Notice Coordinator at the above SC DHEC address or by e-mail at AirPNComments@dhec.sc.gov. Comments should specify, in as much details as possible, the air quality related issues and identify the portion(s) of the state and/or federal air quality regulations that are of concern and have not been adequately addressed in the draft permit. All comments received by the end of the notice period (Should the comment period end on a weekend or state holiday, comments will be accepted up until close of business the next working day), will be considered when making a decision to approve, disapprove, or modify the draft permit. Where there is a significant amount of public interest, SC DHEC may hold a public hearing/meeting to receive additional comments. Public hearing/meeting requests should be made in writing to the BAQ Public Notice Coordinator at the above SC DHEC address or by e-mail. Any requests for a public hearing/meeting must be made within the 30-day public comment period. If a public hearing/meeting is requested and scheduled, notice of said public hearing/meeting will be given thirty (30) days in advance. BAQ may conduct public hearings/meetings in-person or in "virtual" format. If you have questions concerning the draft permit, please contact Wanda Parnell at the phone number listed above. A final review request may be filed after the permit decision has been made. Information regarding final review procedures is available from SC DHEC's legal office at the above address or by calling (803) 898-3350. Information relative to the draft permit will be made available for review through the end of the notice period listed above, at the SC DHEC Columbia Office listed above and at the local regional office (https://scdhec.gov/ea-regional-offices).

Information on permit decisions and hearing/meeting procedures is available by contacting SC DHEC at either address listed above. Copies of a draft permit or other related documents may be requested in writing to the Freedom of Information Office; fees may apply. Please bring this notice to the attention of persons you know will be interested in this matter.

This public notice, along with the Preliminary Determination which includes the draft permit and draft statement of basis, may be viewed through the end of the notice period on SC DHEC's website at: http://www.scdhec.gov/PublicNotices/.