UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Myrna S. Seibel, on behalf of herself and a class of all others similarly situated, Robert B. Deaver, Amber Brown, and Catherine B. Burns,  )<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>Century Aluminum Company and Century Aluminum of South Carolina, Inc.,  )<br>)<br>)<br>Defendants.  )<br>) | Case No.: 2:23-cv-05766-RMG<br><br><br><br><br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's text order dated February 24, 2025 (ECF No. 65) directing the parties to advise by February 28, 2025 when settlement documents will be submitted, the parties jointly report as follows:

1. The parties have reached agreement on the principal terms of a proposed class action settlement and have selected, and are working with, a third-party firm to assist with notice and claim administration;

2. The parties have exchanged a draft proposed class action settlement agreement and are in the process of negotiating the language of what will be a final proposed agreement;

3. The parties are also in the process of preparing a Motion for Preliminary Approval that, along with a finalized proposed class action settlement agreement and proposed notice program, the parties intend to file on or before March 17, 2025.

The parties are available to provide additional information to the Court as requested.

SIGNATURE PAGE FOLLOWS

1

WOMBLE BOND DICKINSON (US) LLP

*s/ James E. Weatherholtz*

_____
James E. Weatherholtz (Fed. ID No. 7473)
james.weatherholtz@wbd-us.com
Molly M. McDermid (Fed. ID No. 13459)
molly.mcdermid@wbd-us.com
5 Exchange Street [P.O. Box 999]
Charleston, South Carolina 29401
(843) 722-3400

*Attorneys for Defendants Century Aluminum Company and Century Aluminum of South Carolina, Inc.*


**McGOWAN, HOOD, FELDER & PHILLIPS, LLC**

*s/ James L. Ward, Jr.*

_____
James L. Ward, Jr. (Fed. ID No.: 6956)
jward@mcgowanhood.com
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
(843) 388-7202 – office
(843) 388-3194 – facsimile

**THE STEINBERG LAW FIRM, LLC**
F. Elliotte Quinn IV (Fed. ID No.: 12563)
equinn@steinberglawfirm.com
Michael J. Jordan (Fed. ID No.: 10304)
mjordan@steinberglawfirm.com
William S. Jackson IV (Fed. ID No.: 13047)
wjackson@steinberglawfirm.com
61 Broad Street
Charleston, SC 29401
(843) 720-2800 - office
(843) 722-1900 - facsimile

*Attorneys for Plaintiffs*